MARI K. SCHAAN, ESQ.
Nevada Bar No. 11268
NATHAN R. REINMILLER, ESQ.
Nevada Bar No. 6793
HALL PRANGLE & SCHOONVELD, LLC
1140 North Town Center Drive, Ste. 350
Las Vegas, Nevada 89144
(702) 889-6400 – Office
(702) 384-6025 – Facsimile
Email: efile@hpslaw.com
*Attorneys for Defendants Aosom, LLC
And Walmart Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PHILIP ALEXANDER, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>AOSOM, LLC., Foreign Limited-Liability Company; WALMART INC., a Foreign Corporation; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO.  2:22-cv-01689-RFB-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED and agreed by and between the parties through their respective counsel that Defendants AOSOM, LLC and WALMART INC. shall be dismissed, with prejudice, from the instant litigation in case 2:22-cv-01689-RFB-BNW, with each party to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED: June 21st, 2023                          DATED: June 20, 2023

HALL PRANGLE & SCHOONVELD                SHOOK & STONE, CHTD.

/s/ Nathan Reinmiller                                      /s/
MARI K. SCHAAN, ESQ., #11268              JOHN B. SHOOK, ESQ.
NATHAN R. REINMILLER, ESQ., #6793    Nevada Bar No. 5499
1140 North Town Center Drive, Ste. 350     LYNN SHOEN, ESQ.
Las Vegas, Nevada 89144                            Nevada Bar No. 1197
*Attorneys for Defendants*                              710 South 4th Street
                                                                        Las Vegas, NV 89101
                                                                        *Attorneys for Plaintiff*

Page 1 of 2

## ORDER

Based upon the foregoing Stipulation, IT IS HEREBY ORDERED that Defendants AOSOM, LLC and WALMART INC. are dismissed with prejudice from this case, and each party shall bear their own costs and fees.

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

HALL PRANGLE & SCHOONVELD, LLC

DATED this 25th day of June, 2023.

*/s/ Nathan R. Reinmiller, Esq.*
MARI K. SCHAAN, ESQ., #11268
NATHAN R. REINMILLER, ESQ., #6793
1140 North Town Center Drive, Ste. 350
Las Vegas, Nevada 89144
*Attorneys for Defendants*

HALL PRANGLE & SCHOONVELD, LLC
1140 NORTH TOWN CENTER DRIVE
SUITE 350
LAS VEGAS, NEVADA 89144
TELEPHONE: 702-889-6400   FACSIMILE: 702-384-6025